Matter of Justina R. (2004 NY Slip Op 51812(U))

[*1]

Matter of Justina R.

2004 NY Slip Op 51812(U)

Decided on November 17, 2004

Family Court, Suffolk County

Spinner, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on November 17, 2004

Family Court, Suffolk County
In The Matter Of The Commitment Of Guardianship And Custody Pursuant To Section 384-b Of The Social Services Law Of JUSTINA R. A Child Under The Age Of Eighteen Years Alleged To Be A Permanently Neglected Child

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 2004 NY Slip Op 51460(U).